## El Pueblo *v.* Quiñones.

Apelación procedente de la Corte de Distrito de Humacao.

No. 67.—Resuelto en marzo 25, 1907.

Apelación—Pliego de Excepciones—Relación de Hechos—Errores Manifiestos.—No habiendo pliego de excepciones ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Figueras emitió la opinión del tribunal.

Esta causa se inició por denuncia jurada ante el juzgado municipal de Humacao y luego, por apelación, pasó á la corte del distrito.

Ante ella Elías Quiñones fué convicto del delito de "acometimiento y agresión simple." Tuvo un juicio justo é imparcial y después de la prueba que se practicó fué declarado culpable, condenado á treinta y cinco dollars de multa y al pago de las costas.

Contra esa sentencia se interpuso también recurso de apelación.

No se formuló pliego de excepciones, ni exposición del caso y la causa se halla ante esta Corte Suprema sin abogado defensor del acusado.

El fiscal solicitó la confirmación del fallo apelado.

Después de un examen cuidadoso de los autos, no encontramos error alguno cometido por la corte de distrito y desde luego podemos asegurar que el recurso interpuesto no tiene más objeto que demorar el cumplimiento de la sentencia, y por lo tanto, no cabe más que confirmarla en todas sus partes, con las costas al apelante Elías Quiñones.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.